JOHN A. KINLIN, RESPONDENT, v. STATE BOARD OF MEDICAL EXAMINERS OF NEW JERSEY, APPELLANT.

Submitted November 7, 1924—Decided January 19, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 2 *N. J. Mis. R.* 346.

For the respondent, *Frank A. Mathews, Jr.*

For the appellant, *Edward L. Katzenbach,* attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MINTURN, BLACK, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ. 11.

*For reversal*—None.